# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SUNIGA, III, ) | 10-CV-00090 GSA HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER REQUIRING PETITIONER TO |
| ) | SUBMIT STATUS REPORT |
| v. ) | |
| ) | |
| ) | |
| MIKE McDONALD, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by David R. Mugridge, Esq. Petitioner has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On February 9, 2010, the Court issued an order granting Petitioner's motion for stay of the proceedings pending exhaustion of state remedies with respect to two claims. Petitioner was directed to file a status report within ninety (90) days of the order and every ninety (90) days thereafter. Over ninety (90) days have passed since the date of service of the order and Petitioner has not filed a status report.

Accordingly, Petitioner is ORDERED to submit a status report informing the Court what

1  cases have been filed in state court, the date of those filings, and any outcomes within fourteen (14)
2  days from the date of service of this order.
3     Petitioner is forewarned that failure to comply with this order will result in dismissal of the
4  petition pursuant to Local Rule 110.

6     IT IS SO ORDERED.
7     Dated:   May 11, 2010           /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE