# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SUNIGA, III, | 1:10-CV-00090 GSA HC |
| Petitioner, | ORDER DISCHARGING COURT ORDER OF MAY 12, 2010 |
| v. | [Doc. #14] |
| MIKE McDONALD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by David R. Mugridge, Esq. Petitioner has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On May 12, 2010, the Court issued an Order directing Petitioner to file a status report pursuant to the Court's previous order of February 9, 2010. On May 11, 2010, the status report was filed.

Accordingly, the Court hereby DISCHARGES the Order of May 12, 2010.

IT IS SO ORDERED.

Dated: **May 20, 2010**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE